In the Matter of CITINEIGHBORS COALITION OF HISTORIC CARNEGIE HILL et al., Appellants, v NEW YORK CITY LANDMARKS PRESERVATION COMMISSION et al., Respondents.

Submitted February 9, 2004; decided February 12, 2004

Motion by Real Estate Board of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

JOHN C. FINE, as Executor of YVONNE FINE, Deceased, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted December 1, 2003; decided February 12, 2004

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by section 500.11 (d) (1) (iii) of the Rules of the Court of Appeals (22 NYCRR 500.11 [d] [1] [iii]). Motion for poor person relief dismissed as academic.

HOME DEPOT, U.S.A., INC., Appellant, v EDWARD B. DUNN et al., Respondents.

Submitted February 9, 2004; decided February 12, 2004

Motion by Building and Realty Institute of Westchester & The Mid-Hudson Region to file a brief amicus curiae on the appeal herein granted. Twenty copies of a brief may be filed and three copies served within 10 days.